**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: LAWSON, KENNETH | § | Case No. 08-26207-BWB |
| LAWSON, MONICA | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 30, 2008. The undersigned trustee was appointed on September 30, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of           $            9,540.67

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 12.81 |
| Bank service fees | 307.18 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 3,477.50 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 5,743.18 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/12/2009 and the deadline for filing governmental claims was 03/29/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,356.32. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,356.32, for a total compensation of $1,356.32.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/05/2016          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-26207-BWB  
**Case Name:** LAWSON, KENNETH  
LAWSON, MONICA  
**Period Ending:** 11/05/16  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 09/30/08 (f)  
**§341(a) Meeting Date:** 11/06/08  
**Claims Bar Date:** 02/12/09  

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2527 CONGRESS AVENUE, AURORA, IL | 173,900.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 2,450.00 | 0.00 | | 0.00 | FA |
| 4 | BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| 6 | JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 7 | TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 401 K | 45,000.00 | 0.00 | | 0.00 | FA |
| 9 | INTERST IN DECEASED MOTHER'S ESTATE | 24,029.00 | 20,029.00 | | 9,540.67 | FA |
| 10 | 2003 JEEP WRANGER | 7,450.00 | 0.00 | | 0.00 | FA |
| 11 | 2004 PONTIAC GRAND AM | 10,000.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$263,779.00** | **$20,029.00** | | **$9,540.67** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR SUBMITTED TO US TEE 10/5/16

DISCREPANCY IN DISTRIBUTION AMOUNT; ADDITIONAL FUNDS TO BE RECEIVED; WORKING ON RESOLUTION OF SAME

PURSUING INTEREST IN PROBATE ESTATE'; AWAITING DISTRIBUTION OF DEBTOR'S INTEREST IN PROBATE ESTATE; TRUSTEE IS IN CONTACT WITH SPECIAL COUNSEL QUARTERLY; LAST STATUS REPORT SPECIAL COUNSEL EXPECTS DISTRIBUTION IN JUNE OF 2014;

**Initial Projected Date Of Final Report (TFR):** December 31, 2009   **Current Projected Date Of Final Report (TFR):** December 31, 2016

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-26207-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | LAWSON, KENNETH | Bank Name: | Rabobank, N.A. |
|  | LAWSON, MONICA | Account: | ******4166 - Checking Account |
| Taxpayer ID #: | **-***9824 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/05/16 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/24/14 | {9} | MAUREEN NOBLE | ESTATE OF M.P. NOBLE | 1129-000 | 7,500.00 |  | 7,500.00 |
| 10/31/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 11.14 | 7,488.86 |
| 11/28/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 7,478.86 |
| 12/31/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 12.18 | 7,466.68 |
| 01/14/15 | {9} | ESTATE OF M.P. NOBLE | ESTATE PROCEEDS | 1129-000 | 2,040.67 |  | 9,507.35 |
| 01/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 11.71 | 9,495.64 |
| 02/26/15 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #08-26207, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 |  | 7.10 | 9,488.54 |
| 02/26/15 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #08-26207, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 |  | -7.10 | 9,495.64 |
| 02/26/15 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #08-26207, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 |  | 7.23 | 9,488.41 |
| 02/26/15 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #08-26207, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 |  | -7.23 | 9,495.64 |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #08-26207, BOND NUMBER 10BSBGR6291 | 2300-000 |  | 7.10 | 9,488.54 |
| 02/27/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 12.74 | 9,475.80 |
| 03/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 14.54 | 9,461.26 |
| 04/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 13.60 | 9,447.66 |
| 05/29/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 13.13 | 9,434.53 |
| 06/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 14.47 | 9,420.06 |
| 07/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 13.99 | 9,406.07 |
| 08/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 13.07 | 9,393.00 |
| 09/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 14.41 | 9,378.59 |
| 10/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 13.48 | 9,365.11 |
| 11/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 13.02 | 9,352.09 |
| 12/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 14.79 | 9,337.30 |
| 01/29/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 12.94 | 9,324.36 |
| 03/01/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 12.92 | 9,311.44 |

Subtotals :  $9,540.67   $229.23

{} Asset reference(s)                                              Printed: 11/05/2016 04:03 PM    V.13.29

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-26207-BWB | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| **Case Name:** | LAWSON, KENNETH | **Bank Name:** | Rabobank, N.A. |
|  | LAWSON, MONICA | **Account:** | ******4166 - Checking Account |
| **Taxpayer ID #:** | **-***9824 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 11/05/16 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/07/16 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #08-26207, Bond No. 10BSBGR6291 | 2300-000 | | 5.71 | 9,305.73 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.69 | 9,291.04 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.88 | 9,278.16 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.86 | 9,265.30 |
| 06/19/16 | 105 | Monica Elizabeth Noble-Lawson | Exemption to Debtor | 8100-002 | | 3,477.50 | 5,787.80 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.62 | 5,773.18 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,763.18 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,753.18 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,743.18 |
| | | | **ACCOUNT TOTALS** | | 9,540.67 | 3,797.49 | **$5,743.18** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,540.67 | 3,797.49 | |
| | | | Less: Payments to Debtors | | | 3,477.50 | |
| | | | **NET Receipts / Disbursements** | | **$9,540.67** | **$319.99** | |

| Net Receipts : | 9,540.67 |
|---|---|
| Less Payments to Debtor : | 3,477.50 |
| Net Estate : | $6,063.17 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4166** | 9,540.67 | 319.99 | 5,743.18 |
| | **$9,540.67** | **$319.99** | **$5,743.18** |

{} Asset reference(s)    Printed: 11/05/2016 04:03 PM    V.13.29

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 12, 2009

**Case Number:** 08-26207-BWB  
**Debtor Name:** LAWSON, KENNETH

Page: 1

**Date:** November 5, 2016  
**Time:** 04:03:48 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND 200 | ARTHUR B. LEVINE COMPANY<br>60 EAST 42ND STREET<br>ROOM 965<br>NEW YORK, NY 10165 | Admin Ch. 7 | | $12.81 | $12.81 | 0.00 |
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $1,356.32 | $0.00 | 1,356.32 |
| ADMIN2 200 | Law Offices of William J. Factor<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $2,500.00 | $0.00 | 2,500.00 |
| 1 560 | Onyx Acceptance Corp, c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006 | Secured | DISALLOWED PER ORDER OF 7/29/16 | $0.00 | $0.00 | 0.00 |
| 2 610 | Dell Financial Services, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10390<br>Greenville, SC 29603-0390 | Unsecured | | $602.61 | $0.00 | 602.61 |
| 3 610 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services, PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $1,991.87 | $0.00 | 1,991.87 |
| 4 610 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services, PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $4,128.71 | $0.00 | 4,128.71 |
| 5 610 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services, PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $6,542.06 | $0.00 | 6,542.06 |
| 6 610 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services, PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $3,761.13 | $0.00 | 3,761.13 |
| 7 -2 610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Unsecured | | $7,451.91 | $0.00 | 7,451.91 |
| 8 -2 610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Unsecured | | $8,466.17 | $0.00 | 8,466.17 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 12, 2009

**Case Number:** 08-26207-BWB  
**Debtor Name:** LAWSON, KENNETH

Page: 2

**Date:** November 5, 2016  
**Time:** 04:03:48 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 610 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131 | Unsecured | | $457.19 | $0.00 | 457.19 |
| 10 610 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131 | Unsecured | | $1,145.71 | $0.00 | 1,145.71 |
| 11 610 | eCAST Settlement Corporation assignee of HSBC Bank NA Direct Merchants<br>Credit Card Bank NA,POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $409.27 | $0.00 | 409.27 |
| 12 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $2,223.36 | $0.00 | 2,223.36 |
| 13 610 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $1,559.33 | $0.00 | 1,559.33 |
| 14 610 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $525.96 | $0.00 | 525.96 |
| 15 610 | Recovery Management Systems Corporation<br>For GE Money Bank,dba WHITEHALL/GEMB,25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $2,538.62 | $0.00 | 2,538.62 |
| **<< Totals >>** | | | | 45,673.03 | 12.81 | 45,660.22 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 08-26207-BWB
Case Name: LAWSON, KENNETH
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:** $ 5,743.18

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Onyx Acceptance Corp, c/o Ascension Capital Group | 9,453.29 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,743.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,356.32 | 0.00 | 1,356.32 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 2,500.00 | 0.00 | 2,500.00 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 12.81 | 12.81 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 3,856.32
Remaining balance: $ 1,886.86

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,886.86

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | | | |
|---|---|---|---|---|
| | | Total to be paid for priority claims: | $ | 0.00 |
| | | Remaining balance: | $ | 1,886.86 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,803.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Dell Financial Services, LLC | 602.61 | 0.00 | 27.21 |
| 3 | PYOD LLC its successors and assigns as assignee of | 1,991.87 | 0.00 | 89.91 |
| 4 | PYOD LLC its successors and assigns as assignee of | 4,128.71 | 0.00 | 186.35 |
| 5 | PYOD LLC its successors and assigns as assignee of | 6,542.06 | 0.00 | 295.28 |
| 6 | PYOD LLC its successors and assigns as assignee of | 3,761.13 | 0.00 | 169.76 |
| 7 -2 | CHASE BANK USA, NA | 7,451.91 | 0.00 | 336.35 |
| 8 -2 | CHASE BANK USA, NA | 8,466.17 | 0.00 | 382.13 |
| 9 | Midland Funding LLC | 457.19 | 0.00 | 20.64 |
| 10 | Midland Funding LLC | 1,145.71 | 0.00 | 51.71 |
| 11 | eCAST Settlement Corporation assignee of | 409.27 | 0.00 | 18.47 |
| 12 | Roundup Funding, LLC | 2,223.36 | 0.00 | 100.35 |
| 13 | FIA CARD SERVICES, NA/BANK OF AMERICA | 1,559.33 | 0.00 | 70.38 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | eCAST Settlement Corporation assignee of | 525.96 | 0.00 | 23.74 |
| 15 | Recovery Management Systems Corporation | 2,538.62 | 0.00 | 114.58 |

Total to be paid for timely general unsecured claims: $ 1,886.86
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**