IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Lawson, Kenneth** | ) | No. 08B 26207 |
| **Lawson, Monica** | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:  See Attached

    I, THOMAS B. SULLIVAN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on November 10, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

                                                 BY:/s/ Thomas B. Sullivan
                                                        Ch 7 Bankruptcy Trustee

Service List:

Onyx Acceptance Corp
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX   76006

Dell Financial Services, LLC
c/o Resurgent Capital Services
P.O. Box 10390
Greenville, SC   29603-0390

PYOD, LLC its successors and assigns
as assignee of Citibank
Resurgent Capital Services
P.O. Box 10587
Greenville, SC   29603-0587

Chase Bank USA, NA
P.O. Box 15145
Wilmington, DE   19850-5145

Midland Credit Management, Inc. as
agent for Midland Funding, LLC
P.O. Box 2011
Warren, MI   48090

Ecast Settlement Corp assignee of
HSBC Bank NA Direct Merchants Credit
Card Bank NA
P.O. Box 35480
Newark, NJ   07193-5480

Roundup Funding, LLC
MS 550
P.O. Box 91121
Seattle, WA   98111-9221

Fia Card Services, NA Bank of America
by American Infosource LP as its Agent
P.O. box 248809
Oklahoma City, OK   73124-8809

Recovery Management Systems Corp
For GE Money Bank
dba Whitehall/GEMB
25 SE 2nd Avenue, Ste 1120
Miami, FL   33131

Kenneth Lawson
1541 Lakeside Drive, #1314
Saint Charles, IL   60174

Briana Czajka
ndil@geracilaw.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov