# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: LAWSON, KENNETH | § | Case No. 08-26207-BWB |
| LAWSON, MONICA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $239,750.00 <br> *(without deducting any secured claims)* | Assets Exempt: $86,550.00 |
| Total Distribution to Claimants: $1,886.86 | Claims Discharged <br> Without Payment: $39,917.04 |
| Total Expenses of Administration: $4,176.31 | |

3)  Total gross receipts of $      9,540.67      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      3,477.50   (see **Exhibit 2**), yielded net receipts of  $6,063.17 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $9,453.29 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,176.31 | 4,176.31 | 4,176.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 41,803.90 | 41,803.90 | 1,886.86 |
| **TOTAL DISBURSEMENTS** | $0.00 | $55,433.50 | $45,980.21 | $6,063.17 |

4) This case was originally filed under Chapter 7 on September 30, 2008. The case was pending for 101 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/08/2017 _____     By: /s/THOMAS B. SULLIVAN, TRUSTEE _____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| INTERST IN DECEASED MOTHER'S ESTATE | 1129-000 | 9,540.67 |
| **TOTAL GROSS RECEIPTS** | | $9,540.67 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Monica Elizabeth Noble-Lawson | Exemption to Debtor | 8100-002 | 3,477.50 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $3,477.50 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Onyx Acceptance Corp, c/o Ascension Capital Group | 4110-000 | N/A | 9,453.29 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $9,453.29 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 12.81 | 12.81 | 12.81 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,356.32 | 1,356.32 | 1,356.32 |
| Law Offices of William J. Factor | 3110-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.14 | 11.14 | 11.14 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 12.18 | 12.18 | 12.18 |
| Rabobank, N.A. | 2600-000 | N/A | 11.71 | 11.71 | 11.71 |
| Rabobank, N.A. | 2600-000 | N/A | 12.74 | 12.74 | 12.74 |
| Rabobank, N.A. | 2600-000 | N/A | 14.54 | 14.54 | 14.54 |
| Rabobank, N.A. | 2600-000 | N/A | 13.60 | 13.60 | 13.60 |
| Rabobank, N.A. | 2600-000 | N/A | 13.13 | 13.13 | 13.13 |
| Rabobank, N.A. | 2600-000 | N/A | 14.47 | 14.47 | 14.47 |
| Rabobank, N.A. | 2600-000 | N/A | 13.99 | 13.99 | 13.99 |
| Rabobank, N.A. | 2600-000 | N/A | 13.07 | 13.07 | 13.07 |
| Rabobank, N.A. | 2600-000 | N/A | 14.41 | 14.41 | 14.41 |
| Rabobank, N.A. | 2600-000 | N/A | 13.48 | 13.48 | 13.48 |
| Rabobank, N.A. | 2600-000 | N/A | 13.02 | 13.02 | 13.02 |
| Rabobank, N.A. | 2600-000 | N/A | 14.79 | 14.79 | 14.79 |
| Rabobank, N.A. | 2600-000 | N/A | 12.94 | 12.94 | 12.94 |
| Rabobank, N.A. | 2600-000 | N/A | 12.92 | 12.92 | 12.92 |
| Rabobank, N.A. | 2600-000 | N/A | 14.69 | 14.69 | 14.69 |
| Rabobank, N.A. | 2600-000 | N/A | 12.88 | 12.88 | 12.88 |
| Rabobank, N.A. | 2600-000 | N/A | 12.86 | 12.86 | 12.86 |
| Rabobank, N.A. | 2600-000 | N/A | 14.62 | 14.62 | 14.62 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,176.31 | $4,176.31 | $4,176.31 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Dell Financial Services, LLC | 7100-000 | N/A | 602.61 | 602.61 | 27.21 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,991.87 | 1,991.87 | 89.91 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 4,128.71 | 4,128.71 | 186.35 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 6,542.06 | 6,542.06 | 295.28 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 3,761.13 | 3,761.13 | 169.76 |
| 7 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 7,451.91 | 7,451.91 | 336.35 |
| 8 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 8,466.17 | 8,466.17 | 382.13 |
| 9 | Midland Funding LLC | 7100-000 | N/A | 457.19 | 457.19 | 20.64 |
| 10 | Midland Funding LLC | 7100-000 | N/A | 1,145.71 | 1,145.71 | 51.71 |
| 11 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 409.27 | 409.27 | 18.47 |
| 12 | Roundup Funding, LLC | 7100-000 | N/A | 2,223.36 | 2,223.36 | 100.35 |
| 13 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 1,559.33 | 1,559.33 | 70.38 |
| 14 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 525.96 | 525.96 | 23.74 |
| 15 | Recovery Management Systems Corporation | 7100-000 | N/A | 2,538.62 | 2,538.62 | 114.58 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $41,803.90 | $41,803.90 | $1,886.86 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 08-26207-BWB | **Trustee:**    (330180)    THOMAS B. SULLIVAN, TRUSTEE |
| **Case Name:**   LAWSON, KENNETH | **Filed (f) or Converted (c):**  09/30/08 (f) |
|                 LAWSON, MONICA | **§341(a) Meeting Date:**  11/06/08 |
| **Period Ending:** 03/08/17 | **Claims Bar Date:**  02/12/09 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  2527 CONGRESS AVENUE, AURORA, IL | 173,900.00 | 0.00 | | 0.00 | FA |
| 2  CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 3  HOUSEHOLD GOODS | 2,450.00 | 0.00 | | 0.00 | FA |
| 4  BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 5  WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| 6  JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 7  TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 8  401 K | 45,000.00 | 0.00 | | 0.00 | FA |
| 9  INTERST IN DECEASED MOTHER'S ESTATE | 24,029.00 | 20,029.00 | | 9,540.67 | FA |
| 10  2003 JEEP WRANGER | 7,450.00 | 0.00 | | 0.00 | FA |
| 11  2004 PONTIAC GRAND AM | 10,000.00 | 0.00 | | 0.00 | FA |
| **11    Assets    Totals** (Excluding unknown values) | **$263,779.00** | **$20,029.00** | | **$9,540.67** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL DISTRIBUTION MADE ON DECEMBER 28, 2016; AWAITING CLEARANCE OF SAME; TDR TO FOLLOW

TFR SUBMITTED TO US TEE 10/5/16

DISCREPANCY IN DISTRIBUTION AMOUNT; ADDITIONAL FUNDS TO BE RECEIVED; WORKING ON RESOLUTION OF SAME

PURSUING INTEREST IN PROBATE ESTATE'; AWAITING DISTRIBUTION OF DEBTOR'S INTEREST IN PROBATE ESTATE; TRUSTEE IS IN CONTACT WITH SPECIAL COUNSEL QUARTERLY; LAST STATUS REPORT SPECIAL COUNSEL EXPECTS DISTRIBUTION IN JUNE OF 2014;

| **Initial Projected Date Of Final Report (TFR):** | December 31, 2009 | **Current Projected Date Of Final Report (TFR):** | November 8, 2016  (Actual) |
|---|---|---|---|

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-26207-BWB

**Case Name:** LAWSON, KENNETH
LAWSON, MONICA

**Taxpayer ID #:** **-***9824

**Period Ending:** 03/08/17

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)

**Bank Name:** Rabobank, N.A.

**Account:** ******4166 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/14 | {9} | MAUREEN NOBLE | ESTATE OF M.P. NOBLE | 1129-000 | 7,500.00 | | 7,500.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.14 | 7,488.86 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,478.86 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.18 | 7,466.68 |
| 01/14/15 | {9} | ESTATE OF M.P. NOBLE | ESTATE PROCEEDS | 1129-000 | 2,040.67 | | 9,507.35 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.71 | 9,495.64 |
| 02/26/15 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #08-26207, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 7.10 | 9,488.54 |
| 02/26/15 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #08-26207, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -7.10 | 9,495.64 |
| 02/26/15 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #08-26207, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 7.23 | 9,488.41 |
| 02/26/15 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #08-26207, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -7.23 | 9,495.64 |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #08-26207, BOND NUMBER 10BSBGR6291 | 2300-000 | | 7.10 | 9,488.54 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.74 | 9,475.80 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.54 | 9,461.26 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.60 | 9,447.66 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.13 | 9,434.53 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.47 | 9,420.06 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.99 | 9,406.07 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.07 | 9,393.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.41 | 9,378.59 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.48 | 9,365.11 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.02 | 9,352.09 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.79 | 9,337.30 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.94 | 9,324.36 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.92 | 9,311.44 |

Subtotals :   $9,540.67    $229.23

{} Asset reference(s)

Printed: 03/08/2017 05:51 PM    V.13.29

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-26207-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** LAWSON, KENNETH | **Bank Name:** Rabobank, N.A. |
| LAWSON, MONICA | **Account:** ******4166 - Checking Account |
| **Taxpayer ID #:** **-***9824 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 03/08/17 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/07/16 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #08-26207, Bond No. 10BSBGR6291 | 2300-000 | | 5.71 | 9,305.73 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.69 | 9,291.04 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.88 | 9,278.16 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.86 | 9,265.30 |
| 06/19/16 | 105 | Monica Elizabeth Noble-Lawson | Exemption to Debtor | 8100-002 | | 3,477.50 | 5,787.80 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.62 | 5,773.18 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,763.18 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,753.18 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,743.18 |
| 12/27/16 | 106 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,356.32, Trustee Compensation;  Reference: | 2100-000 | | 1,356.32 | 4,386.86 |
| 12/27/16 | 107 | Law Offices of William J. Factor | Dividend paid 100.00% on $2,500.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,500.00 | 1,886.86 |
| 12/27/16 | 108 | Dell Financial Services, LLC | Dividend paid   4.51% on $602.61; Claim# 2; Filed: $602.61; Reference: | 7100-000 | | 27.21 | 1,859.65 |
| 12/27/16 | 109 | PYOD LLC its successors and assigns as assignee of | Dividend paid   4.51% on $1,991.87; Claim# 3; Filed: $1,991.87; Reference: | 7100-000 | | 89.91 | 1,769.74 |
| 12/27/16 | 110 | PYOD LLC its successors and assigns as assignee of | Dividend paid   4.51% on $4,128.71; Claim# 4; Filed: $4,128.71; Reference: | 7100-000 | | 186.35 | 1,583.39 |
| 12/27/16 | 111 | PYOD LLC its successors and assigns as assignee of | Dividend paid   4.51% on $6,542.06; Claim# 5; Filed: $6,542.06; Reference: | 7100-000 | | 295.28 | 1,288.11 |
| 12/27/16 | 112 | PYOD LLC its successors and assigns as assignee of | Dividend paid   4.51% on $3,761.13; Claim# 6; Filed: $3,761.13; Reference: | 7100-000 | | 169.76 | 1,118.35 |
| 12/27/16 | 113 | CHASE BANK USA, NA | Dividend paid   4.51% on $7,451.91; Claim# 7 -2; Filed: $7,451.91; Reference: | 7100-000 | | 336.35 | 782.00 |
| 12/27/16 | 114 | CHASE BANK USA, NA | Dividend paid   4.51% on $8,466.17; Claim# 8 -2; Filed: $8,466.17; Reference: | 7100-000 | | 382.13 | 399.87 |
| 12/27/16 | 115 | Midland Funding LLC | Dividend paid   4.51% on $457.19; Claim# 9; Filed: $457.19; Reference: | 7100-000 | | 20.64 | 379.23 |
| 12/27/16 | 116 | Midland Funding LLC | Dividend paid   4.51% on $1,145.71; Claim# 10; Filed: $1,145.71; Reference: | 7100-000 | | 51.71 | 327.52 |
| 12/27/16 | 117 | eCAST Settlement Corporation assignee of | Dividend paid   4.51% on $409.27; Claim# 11; Filed: $409.27; Reference: | 7100-000 | | 18.47 | 309.05 |
| 12/27/16 | 118 | Roundup Funding, LLC | Dividend paid   4.51% on $2,223.36; Claim# 12; Filed: $2,223.36; Reference: | 7100-000 | | 100.35 | 208.70 |
| 12/27/16 | 119 | FIA CARD SERVICES, NA/BANK | Dividend paid   4.51% on $1,559.33; Claim# | 7100-000 | | 70.38 | 138.32 |

Subtotals :                    $0.00           $9,173.12

{} Asset reference(s)

Printed: 03/08/2017 05:51 PM    V.13.29

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-26207-BWB |
| **Case Name:** | LAWSON, KENNETH |
| | LAWSON, MONICA |
| **Taxpayer ID #:** | **-***9824 |
| **Period Ending:** | 03/08/17 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******4166 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | OF AMERICA | 13; Filed: $1,559.33; Reference: | | | | |
| 12/27/16 | 120 | eCAST Settlement Corporation assignee of | Dividend paid   4.51% on $525.96; Claim# 14; Filed: $525.96; Reference: | 7100-000 | | 23.74 | 114.58 |
| 12/27/16 | 121 | Recovery Management Systems Corporation | Dividend paid   4.51% on $2,538.62; Claim# 15; Filed: $2,538.62; Reference: | 7100-000 | | 114.58 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 9,540.67 | 9,540.67 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 9,540.67 | 9,540.67 | |
| Less: Payments to Debtors | | 3,477.50 | |
| **NET Receipts / Disbursements** | **$9,540.67** | **$6,063.17** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4166** | 9,540.67 | 6,063.17 | 0.00 |
| | $9,540.67 | $6,063.17 | $0.00 |